IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

vs.                    NO. 3:09CV00086   SWW

JOHN AND JANE DOE, ET AL

ORDER OF DISMISSAL

Upon the plaintiff's motion for voluntary dismissal of this action without prejudice stating that the issues have been resolved,

IT IS THEREFORE ORDERED that the motion is granted, and the above cause of action hereby is dismissed without prejudice.

DATED this 26th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE